```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14547
   EUGENE COKER JR
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8300


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/13/2007 and was not confirmed.

    The case was dismissed without confirmation 11/15/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED            281.55          .00          .00
MIDLAND CREDIT MANAGEMEN  UNSECURED            190.16          .00          .00
LITTON LOAN SERVICING     CURRENT MORTG           .00          .00          .00
LITTON LOAN SERVICING     MORTGAGE ARRE      45859.01          .00          .00
ASSET ACCEPTANCE LLC      UNSECURED            189.60          .00          .00
CITY OF CHICAGO WATER DE  SECURED              600.00          .00          .00
ROBIN IVY                 CURRENT MORTG           .00          .00          .00
ROBIN IVY                 MORTGAGE ARRE       3200.00          .00          .00
SPRINT PCS                SECURED NOT I          .00          .00          .00
COMCAST                   UNSECURED         NOT FILED          .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED          .00          .00
COMMONWEALTH EDISON       UNSECURED            986.92          .00          .00
SPRINT-NEXTEL CORP        UNSECURED            499.85          .00          .00
PREMIER BANKCARD          UNSECURED            558.97          .00          .00
PRO SE DEBTOR             DEBTOR ATTY            .00                        .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                         800.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                800.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                              800.00
                     ---------------    ---------------
TOTALS                 800.00              800.00



              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 14547 EUGENE COKER JR
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE